UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHAWN LAMAR MIDGETT, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) Case No. 4:16CV1028 HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Movant's motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. The United States of America has responded to the motion. Movant has not filed any Reply to Response to Motion to Vacate, Set Aside or Correct Sentence. For the reasons set forth below, the motion will be GRANTED.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that the Court will issue its new Sentence and Judgment in case number 4:11CR469 HEA consistent with the papers and

exhibits previously filed in this matter

Dated this 24th day of February, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE